UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN D. MARLOWE, | : |
| | : |
|     Petitioner | : |
| | : |
|   v. | : CIVIL NO. 3:CV-15-0461 |
| | : |
| DAVID J. EBBERT, | : (Judge Kosik) |
| | : |
|     Respondent | : |

**ORDER**

**AND NOW, THIS 17th DAY OF APRIL, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **dismissed** for failure to exhaust administrative remedies.

2. The Clerk of Court is directed to **close this case**.

     s/Edwin M, Kosik
    EDWIN M. KOSIK
    United States District Judge